IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES JANOVICK,<br><br>Defendant. | Case No. 09-MC-13 |

### ORDER GRANTING MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

Upon consideration of the motion of the United States and pursuant to Rule 37(a) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED that the defendant Charles Janovick, serve on the plaintiff answers to the plaintiff's written interrogatories and request for production of documents on or before January 6, 2009.

Dated this 18TH day of NOVEMBER, 2009.

BY THE COURT:

STEPHEN L. CROCKER
United States Magistrate Judge