IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 09-mc-13 |
| CHARLES JANOVICK, | ) |
| Defendant. | ) |

### ORDER

Upon consideration of the motion by the United States, the Order to Show Cause is hereby vacated because defendant has provided answers to the United States' Interrogatories and Request for Production of Documents.

Dated this 2d day of March, 2010.

BY THE COURT:

*Barbara B Crabb*
BARBARA B. CRABB
United States District Judge